```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11073
    ALPHONSO C WALKER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7857


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 09/06/2006 and was confirmed 11/06/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors   10.00%.

       The case was dismissed after confirmation 04/21/2008.
------------------------------------------------------------------------------
    CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
    COUNTRYWIDE HOME LOANS    CURRENT MORTG    21144.69           .00        21144.69
    COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    17068.76           .00         3036.12
    PIERCE & ASSOC            NOTICE ONLY     NOT FILED           .00             .00
    US DEPT OF HUD            CURRENT MORTG        .00            .00             .00
    CAPITAL ONE               UNSECURED         855.00            .00             .00
    CAPITAL ONE               NOTICE ONLY     NOT FILED           .00             .00
    CAPITAL ONE               NOTICE ONLY     NOT FILED           .00             .00
    CHECK TO GO               UNSECURED       NOT FILED           .00             .00
    AT & T WIRELESS           UNSECURED       NOT FILED           .00             .00
    CINGULAR WIRELESS         NOTICE ONLY     NOT FILED           .00             .00
    COMMONWEALTH EDISON       UNSECURED        1167.03            .00             .00
    COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED           .00             .00
    CREDITORS ALLIANCES       UNSECURED       NOT FILED           .00             .00
    DEPENDON COLLECTION SE    UNSECURED       NOT FILED           .00             .00
    EDUCATIONAL SYSTEMS       UNSECURED        4830.57            .00             .00
    ED FINANCIAL SERVICES     NOTICE ONLY     NOT FILED           .00             .00
    EDUCATION SYSTEMS EMPLOY  NOTICE ONLY     NOT FILED           .00             .00
    GREAT AMERICAN FINANCE    UNSECURED       NOT FILED           .00             .00
    GREAT AMERICAN FINANCE C  NOTICE ONLY     NOT FILED           .00             .00
    LHR INC                   UNSECURED        9522.73            .00             .00
    CALIFORNIA FINANCIAL CRE  NOTICE ONLY     NOT FILED           .00             .00
    PREMIER BANCARD CHARTER   UNSECURED         283.12            .00             .00
    ILLINOIS LENDING GROUP    UNSECURED         989.31            .00             .00
    LOU HARRIS & CO           UNSECURED       NOT FILED           .00             .00
    MAX FLOW CORP             UNSECURED        2001.90            .00             .00
    MAX FLOW CORP             NOTICE ONLY     NOT FILED           .00             .00
    NATIONWIDE ACCEPTANCE~    UNSECURED        6513.77            .00             .00
    KEITH S SHINDLER          NOTICE ONLY     NOT FILED           .00             .00
    PAYDAY LOAN SERVICE       UNSECURED        1289.20            .00             .00
    SPRINT                    UNSECURED       NOT FILED           .00             .00
    SULLIVAN URGENT AID       UNSECURED       NOT FILED           .00             .00
    VAlUE CITY                UNSECURED       NOT FILED           .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 11073 ALPHONSO C WALKER
```

```
AT&T WIRELESS            UNSECURED         872.43                .00             .00
VERIZON WIRELESS         UNSECURED         809.90                .00             .00
AND FIN NET              NOTICE ONLY    NOT FILED                .00             .00
WELL GROUP HEALTH PARTNE UNSECURED        2304.88                .00             .00
CB ACCOUNTS              NOTICE ONLY    NOT FILED                .00             .00
CB ACCOUNTS              NOTICE ONLY    NOT FILED                .00             .00
COUNTRYWIDE HOME LOANS   NOTICE ONLY    NOT FILED                .00             .00
CASH MART CORP           UNSECURED         740.34                .00             .00
LEDFORD & WU             DEBTOR ATTY     2,999.00                           2,999.00
TOM VAUGHN               TRUSTEE                                            1,851.55
DEBTOR REFUND            REFUND                                               986.62
```

        Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                30,017.98

PRIORITY                                              .00
SECURED                                         24,180.81
UNSECURED                                             .00
ADMINISTRATIVE                                   2,999.00
TRUSTEE COMPENSATION                             1,851.55
DEBTOR REFUND                                      986.62
                      ---------------         ---------------
TOTALS                 30,017.98                30,017.98
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 07/22/08             _____

                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                               PAGE   2
             CASE NO. 06 B 11073 ALPHONSO C WALKER